INSTR # 111902403, OR BK 50296 PG 533, Page 1 of 4, Recorded 10/30/2013 at 01:56 PM, Broward County Commission, Deputy Clerk ERECORD

**** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 10/29/2013 3:53:56 PM.****

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL ACTION

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW
YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE
BANK NA AS TRUSTEE FOR BEAR STEARNS ASSET BACKED
SECURITIES TRUST 2006-SD2, ASSET-BACKED CERTIFICATES,
SERIES 2006-SD2,

    Plaintiff,

CASE NO.: CACE11016092
vs.    DIVISION: 11    SPACE FOR RECORDING ONLY

RALPH L. SANDERS; THE UNKNOWN SPOUSE OF RALPH L.
SANDERS; CITY OF PLANTATION, FLORIDA;MIDLAND
FUNDING, LLC, AS SUCCESSOR IN INTEREST TO
CITIBANK;UNITED STATES OF AMERICA, ADMINISTRATOR
OF THE SMALL BUSINESS ADMINISTRATION; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND
AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER
SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; TENANT #1, TENANT #2, TENANT #3, and
TENANT #4 the names being fictitious to account for parties in
possession
    Defendant(s).

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court at the Non-Jury on October 29, 2013. On the evidence presented,

IT IS ADJUDGED that:

1.    The Plaintiff's Final Judgment is GRANTED. Service of process has been duly and regularly obtained over Ralph L. Saunders; United States of America, Administrator of the Small Business Administration; City of Plantation, Florida; Midland Funding, LLC, as Successor in interest to Citibank; and Unknown Spouse of Ralph L. Sanders n/k/a Virpi Sanders defendants.

2.    There is due and owing to the Plaintiff the following:

| | |
|---|---:|
| Principal due on the note secured by the mortgage foreclosed: | $286,879.78 |
| Interest on the note and mortgage from February 1, 2011 to October 29, 2013 | $46,237.56 |
| Title search expenses | $250.00 |
| Taxes for the year(s) of 2011-2012 | $6,969.17 |
| Insurance Premiums | $13,558.25 |
| Court Costs: | |
| Filing Fee | $1,986.00 |
| Service of Process | $385.00 |
| Mediation | $ 750.00 |

| | |
|---|---:|
| LP UPDATE | $ 75.00 |
| SUBTOTAL | $357,090.76 |
| Additional Costs: | |
| Pre-Accelerated Late Charges through June 21, 2011 | $ 370.32 |
| Property Inspections | $ 225.00 |
| BPO/Appraisals | $ 180.00 |
| Credit | $- 200.00 |
| SUBTOTAL | $357,666.08 |
| Attorney fees based upon 8 hours at $162.50 per hour | $1,300.00 |
| **GRAND TOTAL** | **$358,966.08** |

3. The grand total amount referenced in Paragraph 2 shall bear interest from this date forward at the prevailing legal rate of interest.

4. Plaintiff, whose address is c/o Wells Fargo Home Mortgage, 3476 Stateview Blvd., Fort Mill, SC 29715, holds a lien for the grand total sum specified in Paragraph 2 herein. The lien of the Plaintiff is superior in dignity to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through, or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to Florida Statutes, Section 718.116 and Section 720.3085. The Plaintiff's lien encumbers the subject property located in Broward County, Florida and described as:

**LOT 22, BLOCK 4, OF PLANTATION PARK 10TH ADDITION, ACCORDING TO THE PLAT THEREOF,
RECORDED IN PLAT BOOK 55, PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY,
FLORIDA.**

**Property address: 561 SW 60 AVE, PLANTATION, FL 33317-0000**

5. If the grand total amount with interest at the rate described in Paragraph 3 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale to the highest bidder on _Feb 6_, 20_14_, at 10:00am, to the highest bidder for cash, except as prescribed in Paragraph 6, at Broward County's Public Auction website: www.broward.realforeclose.com, after having first given notice as required by Section 45.031, Florida Statutes. The Clerk shall not conduct the sale in the absence of the Plaintiff or its representative.

6. Plaintiff shall advance all subsequent costs of this action in addition to any advances to protect its collateral and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale. If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. The Clerk shall receive the service charge imposed in Section 45.031, Florida Statutes, for services in making, recording, and certifying the sale and title that shall be assessed as costs.

7. On filing of the Certificate of Sale, defendant's right of redemption as prescribed by Florida Statutes, Section 45.0315 shall be terminated; Except for that of the United States of America, which has 365 days to redeem.

8. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate;

third, Plaintiff's attorneys' fees; fourth, the total sum due to the Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale. During the sixty (60) days after the Clerk issues the certificate of disbursements, the Clerk shall hold the surplus pending further Order of this Court.

9. Upon filing of the Certificate of Title, defendant and all persons claiming under or against defendant since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property.

10. The Court finds, based upon the affidavits presented and upon inquiry of counsel for the Plaintiff, that 8 hours were reasonably expended by Plaintiff's counsel and that an hourly rate of $162.50 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 S.2d 1145 (Fla. 1985).

11. **NOTICE PURSUANT TO AMENDMENT TO SECTION 45.031, FLA. ST. (2006).**

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, BROWARD COUNTY CLERK OF COURT, BROWARD COUNTY COURTHOUSE, ATTN: FORECLOSURE, 201 S E 6TH STREET, ROOM 230, FORT LAUDERDALE, FL 33301, BROWARD COUNTY CLERK OF COURTS, [TELEPHONE: 954-831-5745 - Foreclosure Line, 954-831-6565 GENERAL NOTICE OF ACTIONS 954-831-5742, 954-831-7770 Special Foreclosure Line, 954-831-5659 - Court Registry - Funds], WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY INC., 491 N. STATE ROAD 7, PLANTATION, FL 33317 TELEPHONE: (954) 765-8950, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT FLORIDA RURAL LEGAL SERVICES, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

12. If Plaintiff is the successful purchaser at the foreclosure sale, Plaintiff may assign the successful bid without further order of this court.

13. The Court finds that Plaintiff has standing to seek and receive the relief obtained herein.

14. Any funds payable from third party funds including attorney fees and costs shall be made payable to Plaintiff.

15. The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, deficiency judgments.

ORDERED at Broward County, Florida on Oct 29, 2013

_____
Circuit Judge

SS-11-87990

Copies furnished to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
eService: servealaw@albertellilaw.com

CACE11016092

Ralph L. Sanders
561 SW 60th Ave
Plantation, FL 33317-3947

City of Plantation, Florida
c/o Rae Carole Armstrong, Mayor
400 N.W. 73rd Avenue
Plantation, FL 33317

Midland Funding, LLC, as Successor in interest to Citibank
c/o Registered Agent, Corporation Services Company
1201 Hays St
Tallahassee, FL 32301

United States of America, Administrator of the Small Business Administration
c/o Wilfredo A. Ferrer, Esq.
United States Attorney
Small Business Administration
200 W. Santa Ana Blvd., Ste. 180
Santa Ana, CA 92701
E-Serve 1: usafls.2410@usdoj.gov

Unknown Spouse of Ralph L. Sanders n/k/a Virpi Sanders
561 SW 60th Avenue
Plantation, FL 33317