**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:  CASE NO.: 23-16706-PDR
  CHAPTER 13
RALPH LEVI SANDERS, JR.

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Hearing (Doc. No. 14) was served by CM/ECF notice and first class mail this 1st day of September 2023.

        */s/Gavin N. Stewart*
        Gavin N. Stewart, Esquire
        Florida Bar Number 52899
        P.O. Box 5703
        Clearwater, FL 33758
        P: (727) 565-2653
        F: (727) 213-9022
        E: bk@stewartlegalgroup.com
        Counsel for Secured Creditor

**VIA FIRST CLASS MAIL**
Ralph Levi Sanders, Jr.
561 SW 60TH Avenue
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130