561 SW 60th Ave, Plantation, Fl. 33317        Ralph L. Sanders                :23-16706-PDR

IN THE UNITED STATES BANKRUPTCY OR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                    CASE NO.: 23-16706-PDR

                                                          CHAPTER 13

RALPH LEVI SANDERS, JR.


                    Debtor.

                              /


**OBJECTION TO CREDITOR MOTION TO
DISMISS CASE DUE TO IMPROPER
ASSIGNMENT, CONTEMPT (JUDGE
GROSMAN COURTROOM TRANSCRIPT)
MOTION TO DENY CREDITOR RELIEF FROM STAY DUE TO LACK OF LENDER**

**TITLE INSURANCE AND TERMS OF THE NOTE FOR WHEN PROPERTY IS NOT AS**

**DESCRIBED**


Judge Peter Russin and Judge Scott Grossman

The alleged creditor is claiming the debtor is operating in bad faith pursuant to 11 U.S.C. §§1307(C), 362(c), 362(d) and 105(a), . The reverse is true. The debtor is operating in good faith and Bank New York Mellon is operating in bad faith. There are solutions to cure my debt.\ including per SEC where BNYM got a refund from Wells Fargo due to mortgage assignment. There are paths that the creditor needs to follow

561 SW 60th Ave, Plantation, Fl. 33317        Ralph L. Sanders                    :23-16706-PDR

## **BACKGROUND**

1. The Note that Bank New York Mellon is holding was assigned from the Wells Fargo Mortgage Package to Bank New York Mellon note. See Exhibit ##
2. The Lender title insurance policy is assigned to Wells Fargo. Not Bank New York Mellon. A copy of the Lender Title policy was provided by the BNYM attorney Gary Gessel on January 28, 2023. See exhibit ##
3. As to why the Lender Title insurance policy was not assigned to BNYM.
   a. Fidelity National Title Insurance company requires a fresh title search exhibit ## from Fidelity Title Insurance per July and August of 2023 emails
   b. Debtor requested a copy of the BNYM lender title policy
      i. Request denied but I can request a copy by discovery from Fidelity National Title see exhibit.
4. Per the Florida Consumer Department Financial Service requires in any real estate transaction that both parties have title insurance. Florida Version of Dodd-Frank
5. Right hand vs Left hand. The loan servicer, Specialized Loan Servicer, had made an offer to work out the issues. The deadline to respond to the SLS offer was September 9, 2023. Eight days after BNYM filed for relief of Stay. Exhibits 5. and exhibit 6 -+-+
6. As to when and why I filed chapter 13 is due to SLS offering a solution to mortgage issues and on the other side BNYM filed a sale date. See

exhibit ## and Exhibit ## (9/9/2023). My acceptance was faxed and emailed in. Assuming we work out the solution to missing land.

7. The cause of the missing land is due to the City of Plantation's actions
    a. During January 2023, the City of Plantation scanned in their old records, city council hearings, etc.
    b. In 1961, The city created a design flaw.
    c. The canal was supposed to be 50 feet wide
    d. The City of Plantation Planning and Zoning opted to fold the Canal Maintenance Easement backward into the owner's property.
    e. The design flaw became a topic on a number of City Council hearing
8. Surveys; I had additional surveys done this year after I found out why my neighbors are having land issues.
9. The surveys from 1962 and 2023 match. The survey done 2004/2005 with the purchase of my home is flawed per Fidelity Nation Title insurance see exhibit ##
10. One of the flaws is that BNYM is foreclosing on land that does not belong to me.
11. I have asked the City of Plantation as to whom the land belongs to. No Response. There needs to be another discovery.
12. There are six other production of documents that need to be filed.
13. The issues of my foreclosure have become insurance claims/litigation against the City of Plantation, and engineers of the stormwater system.
14. The creditor by their action and letters agrees that there are issues that need to be worked out.

15. An additional production is the agreement between WF & BNYM in the mortgage assignment. I ran across options in SEC cases involving BNYM except the buyback is Wells Fargo.
16. I have hired attorney Thomas Neusom to be a litigation coordinator to farm out the litigation
17. In case BNYM attorney claims I am past a deadline, exhibit 17 is a contempt court, Fraud against the court. Twelve page filing. Since the secured property is no longer part of case 22-14766-SMG filing based on the statements by the claims that BNYM has Lender Title Insurance which has turn out to be incorrect since the year 2011 when Wells Fargo assigned the mortgage to Bank New York Mellon. Attorney Neusom agrees. exhibit 17
18. Due to property is no longer part of case 22-14766-SMG, the contempt would be assigned a case District court. In that new case, there can be the platform for documentation of of my case. Including filing from Security Exchange Commision where in other cases BNYM received refund for defective mortgage (missing land that is not ours, etc..). The Lender title insurance policy is on Wells Fargo name.
19. The fee to open a case in Federal court is interesting except if Contempt, then the filing is free and case is opened.
20. There are multiple paths to repay my debt. I need to update my chapter 13 filing
21. To grant relief from Stay is counterproductive to my creditors and future owners of the land on the east side of the canal.

561 SW 60th Ave, Plantation, Fl. 33317     Ralph L. Sanders     :23-16706-PDR

22. The first payment method stated in the mortgage is "property is not as described." (see surveys) Owner payment

23. The stormwater engineer insurance policy is $1,000,000 per damaged home.

23. The case is now a litigation issue with results going to my debtor.

There is additional documentation to include such as the SEC material where BNYM received refund and let Wells Fargo who has the Lender Title Insurance policy. I will send as addend including audio (meets Florida requirement) from SLS representees stating they don't know what title insurance is, shred the Policys etc...

- phone_20230124-172332_18003066059.wav
- phone_20230418-180140_18003066059.wav
- phone_20230329-114002_18003066059.wav
- phone_20230313-182004_18003066059.wav
- phone_20230308-225033_18003066059.wav
- phone_20230210-193529_18003066059.wav
- phone_20230201-091737_18003066059.wav
- phone_20230131-213516_18003066059.wav
- phone_20230126-170505_18003066059.wav
- phone_20230126-124736_18003066059.wav
- phone_20230118-110426_18003066059.wav
- phone_20230424-150858_18003066059.wav
- phone_20230419-094959_18003066059.wav
- phone_20230329-114251_18003066059.wav
- phone_20230325-093242_18003066059.wav
- phone_20230228-095132_18003066059.wav
- phone_20230131-213627_18003066059.wav
- phone_20230131-204628_18003066059.wav
- phone_20230125-161923_18003066059.wav
- phone_20230119-114800_18003066059.wav
- phone_20230328-223038_18003066059.wav

24. Plus different agencies agree that there is a missing land issue. For example, the Florida Department of Transportation regarding a bridge in the area that crosses the canal. Broward County Highway & Bridge department passed the issue to FDOT since the bridge is not on the books.
25. The minutes from City of Plantation hearings (4) where the topic was/is the design of the canal

Please deny the creditor's request for relief from the stay

This not only affects my home but neighbors and future owners (if the no permanent build is still there. i.e. I can't put in a $300,000 seawall to stop the land vanishing. The quotes I received require the homeowner to get the permits from South Florida Water Management, Old Plantation Water Control and the City of Plantation. None of the parties are in favor of narrow waterways. I will send the quotes in a separate addendum filing. Plus any other items I mention (SEC.GOV & BNYM) but running out of time

Please deny the creditor's request for relief from the stay.

Specialized Loan Servicing was making offers to resolve the issues

Sincerely

*[signature: Ralph L. Sanders]*

Ralph L. Sanders

561 SW 60th Ave

561 SW 60th Ave, Plantation, Fl. 33317      Ralph L. Sanders                    :23-16706-PDR

Plantation, FL. 33317

Cel: 754.801.7097

Email: Ralph_L_Sanders@Yahoo.com

      Ralph.L.Sanders@Gmail.com