**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

IN RE:                                                              CASE NO.: 23-16706-PDR
                                                                    CHAPTER 13
RALPH LEVI SANDERS, JR.

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the Re-Notice of Hearing (Doc. No. 23) was served by CM/ECF notice and first class mail this 19th day of September 2023.

                                                        */s/Gavin N. Stewart*
                                                        Gavin N. Stewart, Esquire
                                                        Florida Bar Number 52899
                                                        P.O. Box 5703
                                                        Clearwater, FL 33758
                                                        P: (727) 565-2653
                                                        F: (727) 213-9022
                                                        E: bk@stewartlegalgroup.com
                                                        Counsel for Secured Creditor

**VIA FIRST CLASS MAIL**
Ralph Levi Sanders, Jr.
561 SW 60TH Avenue
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130