

**ORDERED in the Southern District of Florida on October 9, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

RALPH LEVI SANDERS, JR.                              CASE NO.: 23-16706-PDR
                                                     CHAPTER 13

                        Debtor.

_____/

**ORDER DISMISSING CASE AND GRANTING
<u>PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY</u>**

      THIS CAUSE came on for hearing on October 5, 2023 at 10:00 AM on the *Motion to Dismiss Case With Two-Year Prejudice Period or in the Alternative Motion for Prospective Relief from the Automatic Stay* ("Motion") filed by The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2 ("Movant") (Doc. No. 13). Having considered the Motion, the record, and for the reasons stated orally on the record in open court, the Court **FINDS** cause to dismiss the instant case and that the Debtor has engaged in a pattern of multiple bankruptcy filings affecting the below real property that

constitutes a scheme to delay and hinder Movant from effectuating its rights against said property in state court.  Therefore, it is

**ORDERED**:

1.      The Motion (Doc. No. 13) is **GRANTED**.

2.      This case is **DISMISSED**.

3.      All pending motions are denied as moot.

4.      The Chapter 13 Trustee shall file a final report prior to the administrative closing of the case.

5.      Any motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013-1(E).

6.      In accordance with Local Rule 1002-1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this Debtor if the refiling violates a prior order of the Court or if the petition is accompanied by an Application to Pay Filing Fee in installments and filing fees remain due from any previous case filed by the Debtor.

7.      For a period of two (2) years from the date of entry of this Order, the automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated, prospectively, as to Movant's interest in the following property located in Broward County, Florida:

**LOT 22, IN BLOCK 4, OF PLANTATION PARK 10TH ADDITION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 55, AT PAGE 21, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

**AKA 561 SW 60 Ave., Plantation, FL 33317** ("Property").

8.      Movant has *in rem* relief and is permitted to take all steps necessary to exercise any and all rights it may have in the Property, to gain possession of said Property, to have such other and further *in rem* relief as is just.

9.      Pursuant to 11 U.S.C. §362(d)(4), the prospective relief granted herein shall be binding in any other case under this Title purporting to affect the Property filed not later than two (2) years after the date of entry of this Order **by any person or entity**, including but not limited to, any spouse and/or relative of the Debtor.

###

**Submitted by:**

Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order to the parties below and file a Certificate of Service with the Court.

**VIA FIRST CLASS MAIL**
Ralph Levi Sanders, Jr.
561 SW 60TH Avenue
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130