**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

IN RE:                                                        CASE NO.: 23-16706-PDR
                                                              CHAPTER 13
RALPH LEVI SANDERS, JR.

                    Debtor.

_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the *Order Granting Motion to Dismiss Case and Granting Motion For Relief From Stay With 2 Year In Rem* (Doc. No. 27) was served by CM/ECF notice and first class mail to the parties below this 10th day of October 2023.

> */s/Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E: bk@stewartlegalgroup.com
> Counsel for Secured Creditor

**VIA FIRST CLASS MAIL**
Ralph Levi Sanders, Jr.
561 SW 60th Avenue
Plantation, FL 33317

**VIA CM/ECF NOTICE**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130