```
 1                    UNITED STATES BANKRUPTCY COURT
                   FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                        FORT LAUDERDALE DIVISION

 3
     IN THE MATTER OF                  )
 4                                     )
     RALPH LEVI SANDERS, JR.           ) CASE NO.  23-16706-PDR
 5                                     ) CHAPTER 13
                                       )
 6           DEBTOR                    )

 7

 8

 9                          MOTION TO DISMISS CASE
                            MONDAY, OCTOBER 2, 2023
10                                 2:00 P.M.

11

12

13  B E F O R E:

14  HON.  PETER D. RUSSIN
    U.S.  BANKRUPTCY JUDGE
15

16

17

18

19

20

21

22  Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.
23

24

25
```

```
 1   A P P E A R A N C E S:

 2    FOR THE DEBTOR:                  RALPH LEVI SANDERS, JR.,
                                       PRO SE
 3
      FOR THE BANK OF NEW YORK         PETER KELLY, ESQ.
 4    MELLON:                          GHIDOTTI BERGER LLP
                                       1031 N. Miami Beach Boulevard
 5                                     North Miami Beach, FL 33162
                                       (949) 427-2010
 6
      FOR THE CHAPTER 13 TRUSTEE:      PAUL S. VISNOVSKE, ESQ.
 7                                     Robin Weiner, Chapter 13
                                       Trustee
 8                                     P.O. Box 559007
                                       Fort Lauderdale, FL 33355
 9                                     (954) 382-2001

10   COURT RECORDER:                   M.W.
                                       COURTROOM ADMINISTRATOR
11
     TRANSCRIPTION SERVICE:            ACORN TRANSCRIPTS, LLC
12                                     3572 Acorn Street
                                       North Port, FL  35286
13                                     (800) 750-5747
                                       www.acornfla.com
14

15

16

17

18

19

20

21

22

23

24

25
```

1                        C A L E N D A R

2
HEARING ON MOTION TO DISMISS CASE (DOC #13)
3    - Continued to October 5, 2023

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2          (Proceedings commence at 2:00 p.m.)
 3              THE COURT:  Okay.  What's next?
 4              THE CLERK:  The final matter, Your Honor, is Case 23-
 5   16706.  Debtor is Ralph Sanders.  This is the Bank of New York
 6   Mellon's motion to dismiss with a two-year prejudice period.
 7              THE COURT:  All right.  Thank you.  Mr. Kelly?
 8              MR. KELLY:  Yes.  Thank you, Your Honor.  Peter
 9   Kelly, K-E-L-L-Y, appearing on behalf of the movant, Bank of
10   New York Mellon.
11              THE COURT:  All right.  Any other appearances?
12   Debtor is not appearing?  It seems?
13              THE CLERK:  It could be the debtor on the line, Your
14   Honor.  I didn't call this case on consent because it was not
15   2:30 yet, but I do see the debtor registered and logged in
16   here.
17              THE COURT:  I don't see -- oh, Mr. Sanders.  Is that
18   Mr. Sanders?  Yes, Mr. Sanders, I see you.  Can you take
19   yourself off mute?  Turn on your camera.  Let us know you're
20   actually there.  Mr. Sanders?
21              Okay.  This is not something they teach you at baby
22   judges school.  What do you do now?  Mr. Sanders, can't help
23   you if you don't show yourself and take yourself off mute.
24              Oh.  I am trying.  Okay.  The chat function.  All
25   right.  Thank you, Mr. Sanders.  I'm glad you're trying.  It's
```

1    usually pretty simple, but -- oh, your audio is broken.  Okay.
2               Just so you know that for the record, the -- Mr.
3    Sanders has said the following on the chat function:  I am
4    trying and then trying to fix audio.
5               Mr. Sanders, if -- let me just help you.  If you push
6    the carrot next to the mute button, there's a setting or
7    there's a -- an option to switch to phone audio.  If you click
8    it, it'll tell you -- a screen will pop up.  It'll tell you
9    what the phone call to call, and also gives you the meeting
10   number and all that.  So that might help you if you try that.
11   Because that way you're using your phone and hopefully your
12   phone works better than your computer's working right now.
13              Mr. Sanders, if you can just acknowledge that you
14   have heard me and are trying it?
15              Not getting anything. Oh, all right. So, well, no,
16   he's still there.  Okay.  Mr. Sanders, unfortunately, we cannot
17   -- is this the last matter, Mr. Doherty?  You're on mute.
18              THE CLERK:  Yes, Your Honor.
19              THE COURT:  All right.  Mr. Sanders, I can give you a
20   few minutes, but we can't keep everybody waiting.  Mr. Sanders,
21   are you able to use the chat function so you can let us know
22   what you're doing or that you're even still there?
23              Okay.  He says he's switching to phone.  Yes.  Well,
24   I'm happy to give you two minutes, of course.  He's asking for
25   two minutes.

1           (Unrelated matters discussed)

2           THE COURT:  Mr. Sanders.  Are you there?  Mr.
3  Sanders?  I see you without the mute button on.  Mr. Sanders?
4  Mr. Sanders?

5           Maybe use the chat function again just to let me know
6  you're there because we see you without the mute button.  So
7  you should be able to hear us and we should be able to hear
8  you.  There we go.  Now it says you're connecting to audio.

9           Mr. Sanders?  Mr. Sanders, are you there?  Mr.
10 Sanders?

11          All right.  Well, I don't think we can just sit here
12 while we're trying to figure this out.  So, what I'm going to
13 do is continue this hearing to Thursday, the 5th at 10 a.m.

14          Mr. Sanders, you are to appear in person in my
15 courtroom.  Mr. Kelly, re-notice it, not on Zoom, but in my
16 courtroom, so that way we cannot possibly have a technology
17 problem.  And Mr. Sanders will have to appear in person.  Okay?

18          MR. KELLY:  Your Honor, if I may.  I have a Judge
19 Moore calendar, a Chapter 13 calendar on the 5th.  And so,
20 would just have some concerns about being able to attend this
21 matter in person.

22          THE COURT:  You can attend by Zoom.

23          MR. KELLY:  Okay.

24          THE COURT:  But Mr. Sanders has to attend in person
25 because I don't trust the technology that he has.

1      MR. KELLY:  Okay.

2      THE COURT:  And I can't do this again.  So but I want
3  to give him every opportunity.  He's in the chat function.  He
4  understands what I've said.  He says, thank you.  And okay.  So
5  he understands he needs to attend in person.

6      You do not have to, Mr. Kelly.

7      MR. KELLY:  Okay.

8      THE COURT:  Is ten o'clock convenient for you or not?

9      MR. KELLY:  I'm trying to look as quickly as
10 possible.

11     THE CLERK:  I'll recall whatever you have at ten
12 o'clock.

13     MR. KELLY:  Okay.  I appreciate that very much,
14 Mr. Doherty.

15     UNIDENTIFIED SPEAKER:  Your Honor, I am the staff
16 attorney for Judge Moore.  So if it's okay for Mr. Visnovske to
17 appear via Zoom in my stead on Thursday, that would cover us.

18     THE COURT:  Okay.  So okay.  Let me be clear.  The
19 hearing is on October 5th at 10 a.m.

20     Mr. Kelly, you'll submit an order continuing the
21 hearing.  The order should say that you may attend by Zoom, but
22 that Mr. Sanders must attend.  Right?  It's Sanders?

23     Mr. Sanders must attend in person.  And he wants
24 permission to bring his phone into the courtroom.

25     It's not October 10th.  No.  It is October 5th at 10

1   a.m.  October 5th at 10 a.m.

2           You're going to get an order, Mr. Sanders.  So, no,
3   your chat statement is not correct.  It's October 5th at 10
4   a.m. and you are to appear in person.  And I'm not going to --
5   you cannot bring your phone.  No.  So I'm sorry, but you can't.
6   Non-lawyers are not permitted to have phones in the courtroom
7   so all right.  So you're just going to have to leave it at
8   home.

9           All right.  So we'll see you then.  You by Zoom, Mr.
10  Kelly, and you, Mr. Sanders, in person.  And Mr. Kelly, you're
11  going to get me that order, correct?

12          MR. KELLY:  Yes.  We'll prepare that order.  What I'm
13  envisioning would be just a standard straightforward order
14  designating the date and the time providing for who can attend
15  in person, who can attend by zoom, but not getting into
16  telephone permissions or anything of that nature.

17          THE COURT:  No, just -- you don't need to comment on
18  that.

19          MR. KELLY:  Okay.

20          THE COURT:  All right.  Great.  Then is that -- that
21  covers everything in this matter.

22          And that's everything for the calendar today.
23  Correct, Mr. Doherty?

24          THE CLERK:  Correct, Your Honor.  I have nothing
25  further.

1         THE COURT: Okay.  Great.  Well, everybody have a
2  nice day and we'll see you next time.
3         MR. KELLY:  All right.  Thank you, Your Honor.
4  (WHEREUPON, proceedings were concluded)

1                    C E R T I F I C A T I O N

2           I, Nancy B. Gardelli for Acorn Transcripts, LLC, a

3    federally approved transcription service, hereby certify that

4    the foregoing is a correct transcript, to the best of my

5    ability, from the official electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8    /s/ *Nancy B. Gardelli*          DATE:  October 23, 2023

9    Acorn Transcripts, LLC

10   3572 Acorn Street

11   North Port, FL  34286

12

13

14

15

16

17

18

19

20

21

22

23

24

25