**CGFD33** (10/01/16)



ORDERED in the Southern District of Florida on November 28, 2023



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 23−16706−PDR

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ralph Levi Sanders Jr.
561 SW 60TH Avenue
Plantation, FL 33317

SSN: xxx−xx−6171

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

# # #